USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OBA HASSAN WAT BEY, et al.,

            Plaintiffs,

- against -

CITY OF NEW YORK, et al.,

            Defendants.

**MEMORANDUM OPINION & ORDER**

99 Civ. 3873 (LMM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

After consideration of Plaintiffs' February 6, 2008 letter in which they requested Defendants produce negotiated plea agreements and Office of Administrative Trials ("OATH") files related to the 1996 tax fraud investigation, Plaintiffs' request is **DENIED**. Defendants have sufficiently complied with the Court's order to provide Plaintiffs with relevant information regarding individuals, other than Plaintiffs, prosecuted in OATH hearings as a result of the 1996 tax fraud investigation, by producing a charted list containing the names of individuals prosecuted at OATH hearings, whether they accepted a negotiated plea agreement, as well as the penalties received by the individuals, the current status of each case and the name of the attorney who handled the case.

**SO ORDERED this 4th day of March 2008**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge