```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                  :
Oba Hassan Wat Bey, et al.,       :
                                  :
                 Plaintiffs,      :
                                  :   99 Civ. 3873 (LMM)
v.                                :   (consolidated cases)[1]
                                  :
THE CITY OF NEW YORK, et al.,     :   MEMORANDUM AND ORDER
                                  :
                 Defendants.      :
                                  :
- - - - - - - - - - - - - - - - - X
```

Plaintiff's objections to Corporation Counsel's production in response to the Court's Memorandum and Order of July 16, 2009 are overruled.  The production complies with the Court's directions and fulfills their purpose.  Plaintiff may, of course, make such arguments based on the production (and Corporation Counsel's corrections of the chart) as they think appropriate.  (Such arguments are to be delivered to the Court in writing not later than August 17, 2009).  The Court finds no basis for any finding of spoliation of evidence or any inference to be drawn therefrom.

---

[1] Consolidated cases include 99 Civ. 3873, 01 Civ. 8906, 01 Civ. 9406, and 04 Civ. 1572.

SO ORDERED.

Dated: August 11, 2009

Lawrence M. McKenna

U.S.D.J.